Disabled American Veteran
Mike Vigil
4990 S Topaz St #34
Las Vegas NV 89120
(702) 435-6766

Plaintiff- In Pro se

FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

MIKE VIGIL

           Plaintiff,

v.

MIDAS INTERNATIONAL CORPORATION
CUSTOMERS RELATIONS PALM BEACH
GARDENS,FLORIDA 33410, OCEAN
AUTOMOTIVE LLC OWNERS MIDAS
MUFFLERS 7202 LAS VEGAS NEVADA,
               89121
           et,al.,
       Defendants.

Case No.    2:21-cv-02064-GMN-EJY

FINAL JUDGMENT
BENCH TRIAL
WAIVED JURY

### Jurisdiction
28 U.S.C. 1331 Acts Of Congress
Hate Crimes - Americans with  Disabilities act 1990
Pltf's Age 76 Exploitation Theft of Finances Disable/Class B  FELONY

### Complaint
Fed.R. Civ. P. 3  - Fed R. Civ P. 8 (a) RELIEF
RICO's Act 1970 Cross State Lines 2 Felonies Minimum
OTHER

### Demand
U.S. codes 18-249 Hate Crimes
NO Ceiling  PUNITIVE DAMAGES
$ 200 Million

Date November 15 2021
Please Note Pltf.  Rec. a
Veteran Disability Pension
Can't Afford Internet,Can't
send Documents Electronically.
NO E-Mail Address Rule 33 (d)
Extraordianry Circumstances

Mike Vigil

Pltf. Mike Vigil In-Pro SE

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

A.    Plaintff's  Complaint Arises on December 10,2021  11: a.m.

Issues Theft of finances from the Elderly Pltf's Age 75 and the

Disabled Veterans Administration RATED October 15,2014 Visit

EXHIBIT "A" Is a Class B Felony and Mandatory 1 Year JAIL.

Felony Intentional Criminal FRAUD General Rule 4 years Date

from Discovery.   If Defendant is the U.S. Government  7 Years

from Date  of Discovery Gvt. is Not a Defendant in this Action.

Violation of the American W/ Disabilities Act 1990 U.S.Congress.

Kidnapping Pltf. Held aganist his Will to Inflict bodily Harm or

Injury or Death or to terrorize the Victim ( Plf.) or Another at

Common Law Kidnapping was a Misdemeanor , but under Modern

Statutes such Crime is a felony Penal Code § 212.1 or (c) to

Inflict Bodily Injury or Terrorize the Victim ( Pltf. ).Mental Torture

1970  Rico's Act Attempt to Commit Extortion or Coercion it

is the obtaining of Money or Property from without consent,Racketeering.

induced by the wrongful use of force or fear Mental or Physical or

Other unlawful means.   Plaintiff Must Prove ( 2 ) Felonies  minimum

Joint Enterprise Must be  Related Activities unified Operations OR
                         Criminal Offense  False Imprison U.S.Codes 18 & 249
Common Business.        FRAUD
                               Across State line  HATE CRIMES

Attempt Grand Auto Theft – Category C Felony NRS 205 228  5 Years

in Prison $10,000 fine  Defendants Must Appear to DEFEND.

ET, AL.,              DEFENDANTS
Ocean  Automotive  LLC      Midas International Corporation Et,Al.,
                            Customers Relations 1-800-621-8545
Owners Midas Mufflers 7202  4300 TBC Way, Palm Beach Gardens,Florida
2797 E. Tropicana Ave.                     AGENTS        33410
                            Liable NO Proper Training PUBLIC RELATIONS
Las Vegas, NV. 89121        Criminal Acts Victim. Disable / Elderly 75 age
(702=458-4191               Volnerable   Class B. Felony  Representatives

## B.    Statement of Facts

1.

2    The Plaintiff first appearance at the Midas shop Located at

3    Address 2797 E. Tropicana Ave. Las vegas Nevada 89121. 11:30 a.m.

4    on November 24,2020   (2) Employees present in the Office Intial

5    H.O. Owner's Daughter and a Lady Employee Haily.  Plaintiff begin to

6    explain the Plaintiff 1982 Classic Pontiac Firebird ·Pltf. Drove

7    across the Street Chevoron Gas Station 2718 E. Tropicana Ave.

8    filled the tank W/gas afterwards the Firebird would NOT Start

9    a couple of Customers help push the firebird aside.  H.O. Intials

10   Requested $ 100.00 cash deposit for a Tow Truck to tow the Vehicle

11   to the Midas Shop and also requested I sign a Document for the Shop

12   legal Right to look at the Vehicle what was the Problem.  there WAS

13   Not any numbers or dollor signs on that Document. I signed in trust.

14   A Shop as Midas Registered in clark County and the State of Nevada.

15   NRS 487.6871  To Ensure the Proper repair of Your Vehicle You have

16   the Right to receive a  WRITTEN ESTIMATE of charge for Repaires

17   made to your vehicle which exceed $ 50 ( NRS 487.6871 ) the Manager

18   Mike with out Viewing the engine ,Transmision or Starting the Car

19   insisted upon $ 10,000 Deposit REFUSED TO  GIVE A WRITTEN ESTIMATE.

20   So I Refused to allow Him to Work on my Car with an OPEN ACCOUNT.

21   My mistake was showing him my  CARD Navy Federal w/a $10,000 LIMIT.

22   The following Day November 25,2020 Pltf. returned to the

23   Shop  W/ $ 2,000 Cash and the Title to Prove the Classic Firebird

24   was legally belonged to the Pltf No other Onership, No Credit

25   Union, NO Banks, NO Dealership.  Manager   Mike's eyebrows became

26   Raised and His  Puples in His eyes became unremarkly Enlarged.

27   Intials H.O. owners Daughter and the Manager Mike Counted the

28   Deposit and Mike the Manager Wrote the Word Title w/ his own

     Hand Writing on the Envelope that Stated $ 2,000. November 25,2020

EXHIBIT "1"

On the same Date November 25,2020 same time Pltf' handed a
a Customer list for Repairs requested sheet Manager Mike referred
to as a Laundry list.  Emmission hoses new to replace old ones.
Adjust Carburetor, Re-set timing, Remove the Transmission, Pltf.
Ordered  Rebuilt and tested Transmission W/ Autozone. The $2,000
with title remainded w/ Defendants.  Transmission in Vehicle now
16 years must be replaced please Visit EXHIBIT "B"
Auto Repair Order Dated 12/03/04. Part No. Name of Part, $1,140
last line Signature of Customer Mike Vigil. REPAIR ORDER  DONE
Professionally prepared by Tech Willie Salgado please Examine.

Pltf's experience "O"there is Not an Hourly $500 RATE ON
Office Wall OR on sheet I first signed giving the shop legal
permission to DIAGNOISE Vehicle.  Bait and Switch Criminal FRAUD.
State of Nevada, Clark County NRS 487.6871 to Ensure the Proper
Repair of Your Your Vehicle a Written Estimate of Charge for
Repairs made to your Vehicle which exceed $ 50 ( NRS 487.6871)
When I left the Shop I expected a WRITTRN ESTIMATE when I return.
to Date and Sign  as by Law. ( NRS 487.6871 )

Pltf. has Not Heard from the Midas Shop in 13 Days. Pltf.
Returned to the Midas Shop on or about December 8, 2020.  When I
entered the Midas Shop Manager Mike was seating in a Customer
Seat and to his left was a Friend or I assume a Customer or a
Witness.   Manager Mike Stated." Kenney said to me you received
The rebuilt Transmission from Auto Zone. "  In return I said
to Manager Mike I will Allow you $ 1,500 to install the Trans-
Mission into the Firebird and $ 500 Emmission replace all new
Hoses, Reset Timing,  adjustment to Carburator .   Do you Have
Your WRITTEN ESTIMATE pursuant to State Of Nevada and Clark
County  NRS 487.6871. Zero NONE handed to ME. ???

1. Further on this Date <u>December 8,2020 Monday</u> on or about

2. Informed manager Mike the <u>Title to the classic was NO longer in</u>

3. <u>Envelope</u> with the $ 2000 Cash.      Manager Mike had a <u>SURPRISE</u>

4. look and then his face <u>turned into ANGER</u> and NO longer <u>WANTED</u> the

5. the <u>Firebird on the Premises.</u>  Manger Mike went into the shop Area

6. got a Plastic bag and took the Keys Out and Handed the Firebird

7. keys to the Pltf.   In the Pltf.'s Presents Instructed the ( 2 )

8. Mechanics to Help  to push the Firebird to the Eastern end of the

9. <u>PARKING LOT</u>   Pltf. 75 years of Age Gray hair Impossible to

10. Push the firebird on his Own. Manger Mike further Stated." <u>the</u>

11. <u>firebird will not Start."</u>   Pltf. returned later that Afternoon

12. and towed the Vehicle Home Residence less than a Block from SHOP.

13. Manager Mike and the Owner Owners Midas Muffler LLC 7202

14. OCEAN Automotive  viewed Plaintiff <u>Veteran Disabled</u> / <u>Elderly</u>

15. Age 75 as <u>Easy Prey</u> to be <u>Convienced</u> to sign an <u>Open account</u> NO

16. limit to a Repair Order excluding <u>Written Estimate</u> by Nevada State

17. Law Automotive Repairs ( <u>487. 6875.</u>) and ( <u>NRS 487.6883</u> ) Right to

18. Inspect all Parts.  Customer Right to Require authorization BEFORE

19. ANY additional Repairs ( NRS 487.6877 ) VISIT **EXHIBIT "C"**

20. <u>U.S. Attorney General."</u> If a Criminal is in the Act of

21. <u>Commiting a Crime and Failes Does Not make that Crime any</u>

22. <u>Less serious when Prosecuted.</u>

23. Manager Mike in the begging November 25,2020 <u>insisted NO</u>

24. <u>Written Estimate</u> on <u>Repairs</u> only on an <u>OPEN ACCOUNT Pltf. to Sign</u>

25. Pltf <u>REFUSED.</u>   MANAGER MIKE had thought Pltf. Suffered from

26. <u>DEMENTIA Impaired reasoning</u> , <u>Memory Fog.</u>  Senor Citizens are the

27. Number one <u>VICTIMS of Scamms in</u> this Country easily Preyed on by

28. <u>CRIMINALS.</u>

1.      Manager Mike and the Owner wanted to do Unnessary

2. Work to the Classic Firebird on the Premises take 6 Months to 12

3. Months give the Plaintif a Bill $ 15,000  $20,000 $30,000 out of

4. reach for Pltf. to Pay then Manager Mike and the Owner would Place

5. a LIEN ON THE VEHICLE AND TAKE POSESSION.

6.      In Mid 2020 on the Auction Block a 1968 Pontiac GTO Sold

7. For $ 80,000 , later that year a 1979 Pontiac sold for $70,000

8.      BELOW   PLAINTIFF'S  1982 PONTIAC FIREBIRD



EXHIBIT B

15.      If the Defendants would  Succeeded in their Auto theft COERCION

16. the Disabled / Elderly Pltf. to exclud the Written Estimate by

17. Bureau of Automotive Repair ( 487.6875.) and ( NRS 4876883 )

18. Right to Inspect all Parts. Customer Right to Require  authorization

19. Before any additional Repairs ( NRS.487.6877 )   5. Any person who

20. VIOLATES the provisions of this section is guilty of a Misdemeanor

21. ( Added to NRS by 2009,2528, 2699; A 2013.1978 )  DMV Nevada

22. Complaint  EC form EC20 Pltf. will file W/ Civil Complaint to DMV

23.      If the Defendants would have succeeded with the Above

24. violations the Shop would have PROFITED $50,000, $60,000, $70,000

25. $ 80,000 for Shop.

26.      Photo of Vehicle 1982 Firebird Classic recently installed

27. A New Engine Long Block 1/2018   Pltf. has only Put 200 miles

28. The Covic SHUT DOWN prevented any further mileage the Quariñtine

    was explainted  Only Essentials Grocies, DR. Appointments, lasted

19 months. New Engine, New Carb, New Transmission EXHIBIT "H"

Pltf. qualifies to testify as an Expert Pursuant to RULE 702 by Knowledge, skill, experience, training, or Education PERMANENT Record San Joaquin Delta College Stockton California Automotive Field. The Shop did Not Rebuilt Engines or Rebuilt Transmissions when in need to use the Frame Machine WE did Remove Engines and removed transmission. Upon towing the Firebird afterwards of this Date December 8,2020 the Pltf had to install the Transmission on his own at age 75, it took 7 and a half hours and 2 hours labor to Complete all work. Pltf. offered these labor to the Midas Shop. On December 8, 2020 before Towing the Firebird to Pltf.'s Residence less than a Block away. The Midas Shop still had the $2,000 Cash in their Possession.the Shop would have Profitted $200 an hour in lieu of a $ 125 an Hour the Midas Shop Claims is the Normal Rate.The Pltf. was VERY VERY Generious to pay $200 an hour for labor to do the work. Medical Reasons the age of 75 of the Pltf. would Risk Injury Brital bone may possibly break an Arm or leg Suffer a Strock and the medical expenses would be far more than the $2,000. EXHIBIT "D"

Rule 702. Testimony by Experts.

If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case. [Adopted Jan. 2. 1975. effective July 1 1975. amended

At this Point the Defendants were full of Hatered and Anger Toward the Pltf. and Defendants lost their senses of Reason to Operate a Business Professionally Desperate people will do Desperate acts of Crime the following pages of a Hate Crime U.S. Codes 18 & 249 Prepair and Failure toward a Veteran Disabled 1 Elder skin tone Native American will prove Elements of EVIL, Terrorizing the Pltf w/ elements to Murder Pltf. on Midas Premises age 75 Disabled EASY PREY.

On December 10,2020  11a.m. the Pltf.  appeared at Midas

1. Shop Located 2797 E. Tropicana Ave. Las Vegas Nevada Immediately

2  upon  Entering the Owner and Hailey employee the Defendants

3  Instructed  the Pltf. to take a Seat near the Back room," Your

4  NOT going any  WHERE   the Manager Knows Your here and will be

5  Here soon You seat there and Stay there."    Pltf. was keep

6  there aganist pltf.'s will and the Owner and Hailey Blocking the

7  Path to the Exit Door into the Office a Video Camera  Above

8  that corner Should Capture,Capture all the finger pointing

9  at the Plaintiff Horrifying and Terrorizeing Experience.

10    Please Visit Diagram Below and Visit Exhibit E   Pg. 1

11    Garage Automotive / Repair Area

12        Door to Garage    NO Hourly Rate Posted
                            NO Bureau Autotive Repair
13                          NO Cunsumer Bill of Rights
                                       POSTED
14                          NO $2000 Fee
                            Dianostic Posted
15                          NRS 487.6883
                            NRS 487.6875                Red
16  Exit Door       Criminal Violations VisiT Exh. C   Flag
                                               Haily    Duck
17              Pathway to Exit Blocked               Tape
18                              Owner
19  Emty   Emty   Emty   Emty  Emty   Pltf          Table
20              2797  E. Tropicana  Las Vegas NV.

21    Pltf. was Held from 11 a.m. till 12:30 p.m. waiting for Mike

22  the Manager and the Envolope w/ the $ 2,000 Cash.EXHIBIT'E'

23      Pltf. stood up to Strech and Saw a gray Roll of Duck

24  Tape NORMALLY used by Airlines in Flights to Tape Down DISORDERLY

25  Passengers and at 5 P.M. at this time of Year it will be Pitch

26  Dark outside the Shop.  Three Adults can Easily over Power a 75 yr

27  old Disable Veteran, Owner, Haily and Mike the Manager. The Pltf.

28  Made a Quick Running Dash toward the Exit door when Owner left to

    the Garage Door work area, and Haily was behind the Counter,

PLTF.

1. heard Haily yelling." Your NOT GOING ANY PLACE YOU COME BACK HERE,

2. YOU F--KING MEXICAN. "   Repeatly Over and Over Pltf. Just Kept

3. Running Out the Exit Office Door and got on the Sidewalk ran Home

4. residence LESS Than a Block Away.   I THANKED GOD I GOT HOME !

5.

6.     Pltf. Decided wisely leave a letter on His Kitchen Counter

6. My name is Mike Vigil and I am the Resident 4990 S. Topaz Apt 34

7. In the Event of My Disappearance Pleas Contact the Las Vegas

8. Police Department.   My last presense will be Midas Shop located

9. 2797 E. Tropicana will be the last place of my exsistence before

10. I expire by Death.   PLEASE VISIT   EXHIBIT "G"

11.     It is Now 12:45 P.M. and I will Return to the Above Address

12. in 30 minutes to see if Mike the Manager is there with My Envelope

13. containing the $ 2000 dollors advance Payment for work Midas Shop

14. refused to do unless Pltf. Agreed to an Open Account with No

15. Estmate Limit Violation of Automotive Repairs Provisions

16. ( NRS.487.6875.) and ( NRS 487.6883. ) Required Authorization

17. signature from Customer bill of Rigts. Bureau of Automotive Repair

18. Visit   EXHIBIT   "C"

19.     As soon as I walked in to the Office entrance Mike the

20. Manger was sitted in a customer chair and the owner was sitted

21. next to Mike the Manager seat. the first thing Pltf. Stated

22. " Are you people taking Me to the Back Room because Other

23. People know I am here this Very Hour.".?   I further Demanded

24. My Envelope w/ the $ 2,000 Cash for the Work the Shop Refused

25. to do Repairs to Pltf.s Vehicle. Mike the Manager and the Owner

26. Agreed to Return MY Doposit.   Mike the Manager NOT HAVING MY

27. Deposit. and KNEW I was there Earlier waiting Pltf. MADE THE RIGHT

28. decission to Run   Defendants had other Evil plans in MIND.

Same Date 12/10/20    **II. STANDARD OF REVIEW**    10 of 22

Pltf was Instructed
to return 3:pm for
full refund $2,000
in the Envelope,
Mike had the Sum in
his Personel Safe.

**Invoice #0056154**     12/10/2020   1982 PONTIAC FIREBIRD
                         3:09 pm    V8-305 5.0L

**EXHIBIT "F"**    VIN : 1G2AS8727CL569309
                   Mileage : 1
VIGIL, MIKE        Trans :
4990 TOPAZ ST APT 34    License : CVEH331X
LAS VEGAS, NV 89120-
Phone 1:(702) 435-6766    Scott S, Harris Clerk 202-479-30

Midas Auto Service and Tires    NO Intent    11. U.S Supreme Court Stated."
2797 E Tropicana Ave     to Return Funds    You can use Open Space to Type
Las Vegas, NV 89121                         in to a Legal Point DO NOT
702-458-4191    Disabled Veteran           OVER LAP OTHER PRINT.

Your Service Writer Today Is: HAILEY    Center: REGULAR SALE

Theft of Finances from the
Elderly / Disable Class B Felony

**Service Requests:** Defts. Intent Criminal FRAUD

| Category Summary | Parts | Labor | Job Total |
|---|---|---|---|
| ENGINE SERVICE | $0.00 | $300.00 | $300.00 |

car towed in. will not travel. customer was advised the car would    Pltf NEVER Agreed to Sign Date Work Order
require an ACE certified specialist to properly diagnose and    Such Document Exceed $50.00 W/01(NRS 487.6875 )
repair vehicle due to the age of the vehicle.labor rate at $125 per
hour.  NO Specialist Signature-Date-time Stamp-Work Order
customer agreed up to $2000 dollars in necessary diagnostic    Provision Violation( NRS 487.6875 )
and up  Pltf. Never signed such agreement
to $5000 in repairs to get vehicle running. customer left
$2000 in cash along with title. customer returned next day to get
title   Master Tech NO Signature-NO Date-NO time Stamp-ON-Document Work Order
back. ASE Master Tech came in on 2 Sundays    Provision Violation (487.6875 )
during closed hours, this was the only time the ASE Master
Tech               Closed
was available. After 4 hours of labor, the Master Tech was able    Sundays
to get the
car to run for 20 minutes. Customer returned on several    Pltf. lives less than a block away
occasions  Master Tech Work Repair Order NO Signature -Date- Stamp Time
to the shop acting confused and disoriented which concerned    Line 15   Provision Violation ( NRS 487.6875 )
the staff. Customer kept showing his VA Card, and saying "I
have great credit".  Defts. wanted $10,000 Card Limit Navy Federal from Pltf. in Order
Customer returned and requested that we  not go any further with    for PLTF to be Released and Classic Car to be returned to HIM
diagnostic or
repair on this vehicle.Vehicle was towed from the    Defts. Refused to Install New Transmission From Auto
premesis. Charge should be $500, customers friend    Zone and New Hoses EMMISSINS.
came to the shop (regular customer). Ask friend to help
the gentleman. 12/10/2020 retuned $1700 dollars to
gentlemen today in Cash from the $2000 dollar deposit he gave    As Pltf. Requested Work November 25,2020 11:am.
us. kept $300 for diagnostics owed to  us. giving the gentleman a    VISIT  EXHIBIT "F"  2 Pages
$200 dollar
savings.    Pltf. Never Requested Dianose
         Pltf . Only Requested Work to be

| Technician | Service Description | | Parts | Labor | Job Total |
|---|---|---|---|---|---|
| 001 | Diagnostic | Visit Exhibit | | 300.00 | 300.00 |

DISTRUSTFUL-VERY SUSPICOUS TO Examine a Classic Pltf.'s Vehicle on (2) Sundays
        Defts do Not Claim any Dated,time,Notes Elements of Theft Ring OFFICE
**Payments:**  CLOSED NO Other people PRESENT, Midas Corporation across State lines
Cash, $300.00, on 12/10/20    Rico Statute 1970 RACKETEERING.

**Vehicle Inspection Results**
NO                         Repair Work Never Done

**Repair Order Notes**
NO                         Repair Work Never Done

First Document Pltf. signed to give Defts. PERMISSION TO Inspect
car No fees On Ducument. this Document copy Denied to PLTF 11/24/2020
Document Date November was Destroyed by Defts. Replaced W/12/10/2020
Best Evidence Rule Fed. R. Evid. 1002, Document is Intentionally
Lost or DESTROYED then secondary evidence, evidence is Properly
admissable. First Document Destroyed Date November 24,2020.

**Thank you for your business!**    Page 1 of 2



**Midas Auto Service and Tires**

2797 E Tropicana Ave
Las Vegas, NV 89121
702-456-4191

| Invoice #0056154 | 12/10/2020 3:08 pm | 1982 PONTIAC FIREBIRD |
|---|---|---|
| | | V8-305 5.0L |
| | | VIN : 1G2AS8727CL569309 |
| VIGIL, MIKE | | Mileage : 1 |
| 4990 TOPAZ ST APT 34 | | Trans : |
| LAS VEGAS, NV 89120- | | License : CVEH331X |
| Phone 1:(702) 435-6766 | | |

## 11 of 22

Your Service Writer Today is: HAILEY        Center: REGULAR SALE

| Category Summary | Parts | Labor | Job Total |
|---|---|---|---|
| ENGINE SERVICE | $0.00 | $300.00 | $300.00 |

**Service Requests:**

car towed in. will not start. customer was advised the car would require an ACE certified specialist to  properly diagnose and repair vehicle due to the age of the  vehicle.labor rate at $125 per hour.
 customer agreed up to $2000 dollars in necessary diagnostic and up
 to $5000 in repairs to get vehicle running. customer left $2000 in cash along with title. customer returned next day to get title
 back. ASE Master Tech came in on 2 Sundays
 during closed hours, this was the only  time the ASE Master Tech
was available. After 4 hours of labor,  the Master Tech was able to get the
 car to run for 20 minutes. Customer returned on several occasions
 to the shop acting confused and  disoriented which concerned the staff. Customer kept showing his VA  Card, and saying "I have great credit".
Customer returned and requested that we  not go any further with diagnostic or
 repair on this vehicle.Vehicle was towed from the premisis. Charge should be $500, customers friend
 came to the shop (regular customer).  Ask friend to help the gentleman. 12/10/2020  retuned $1700 dollars to
gentleman today in Cash from the $2000  dollar deposit he gave us. kept $300 for diagnostics owed to  us. giving the gentleman a $200 dollar
 savings.

OPEN    SPACE

| Technician | Service Description | Parts | Labor | Job Total |
|---|---|---|---|---|
| 001 | Diagnostic | | 300.00 | 300.00 |

**Payments:**
Cash, $300.00, on 12/10/20

**Vehicle Inspection Results**

**Repair Order Notes**

EXHIBIT "G"

**MIDAS**

**Midas Auto Service and Tires**

2797 E Tropicana Ave
Las Vegas, NV 89121
702-458-4191

Invoice #0056154     12/10/2020
                       3:09 pm

1982 PONTIAC FIREBIRD
V8-305 5.0L
VIN: 1G2AS8727CL569309
Mileage: 1
Trans:
License: CVEH331X

VIGIL, MIKE
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120-
Phone 1:(702) 435-6766

**12 of 22**

Your Service Writer Today is: HAILEY     Center: REGULAR SALE

| Technician | Service Description | Parts | Labor | Job Total |
|---|---|---|---|---|

Midas International Corporation issues written limited lifetime warranties on certain mufflers, shock absorbers, strut assemblies, strut cartridges, brake shoes and pads.* All other products and services are warranted from defect for ninety (90) days of installation. The complete written limited warranty terms are stated on the Midas Limited Warranty Terms Document issued to you, together with this invoice, upon the purchase of the appropriate warranted product. The terms of all the warranties are also in the Midas Warranty Binder on display in each Midas location. There are no other warranties issued by Midas International Corporation. This warranty gives you specific legal rights. You may also have other rights which vary from State to State/jurisdiction to jurisdiction. Warranty work will be performed at any Midas location in the USA or Canada offering the warranted product or service. To locate a Midas location, please call: 1-800-621-8545; visit our website at www.midas.com; or contact Midas International Corporation, Customer Relations, 4300 TBC Way, Palm Beach Gardens, Florida 33410. *This is a summary of the Midas Limited Warranty Terms. For complete warranty terms, including the applicable limitations, exclusions, and restrictions, please consult the Midas Limited Warranty Terms Document issued to you or the Midas Warranty Binder on display in each Midas location. I hereby authorize you and/or your agents to contact me regarding the products and services, including any recall information, provided at Midas.

Customer Signature: _Mike Vigil_     Date: _Dec 10, 2020_

| | Parts | Labor | Job Total |
|---|---|---|---|
| TOTAL PARTS | | | $0.00 |
| TOTAL LABOR | | | $300.00 |
| SUBLET | | | $0.00 |
| Shop Supply: | | | $0.00 |
| SUBTOTAL | | | $300.00 |
| OTHER FEES | | | $0.00 |
| SALES TAX | | | $0.00 |
| **INVOICE TOTAL** | | | **$300.00** |
| PAID | | | $300.00 |
| DUE | | | $0.00 |

OPEN SPACE BELOW DOES NOT OVER LAP OTHER PRINT ON DOCUMENT

Defts. Claim Pltf. was <u>Confused</u> and <u>Disoriented</u> in their Presents

when Pltf's <u>signature</u> was obtained 12/10/2020 <u>Violation</u> (<u>NRS 487.6871</u> )

<u>Bill of Rights</u> Pltf was denied the <u>Right to read</u> Contents while

Pltf. was <u>Confused</u> and <u>Disoriented</u> 12/10/2020 Please <u>revisit</u> pg.1 line 14

<u>Invoice</u> Dated 12/10/2020   <u>PENALTY</u> Any Person who vilates this <u>Provisions</u>

is <u>Guilty of a Misdemeanor</u>.

    Further Pltf. claims in their <u>PRESENTS</u> & still in <u>fear</u> for

his <u>Life</u> because of an earlier <u>Horifying Experience</u> 11:am thru 12 30 P.M.

12/10/2020

Defts. Attorney will attempt to discredit Pltf.'s  Testomony

Pltf. was never there between those Hours Held agianst pltf.'s Will <u>PRISONER</u>

Defts. office between 11:am and 12:30P.M. had only one Walk-In

Customer a Young Black ked that attended NLV college and He left

his Car keys and  Vehicle for Repairs. on 12/10/2020 about

12: noon or about.   <u>Check Computer Office Date and time</u>

I, Mike vigil Declare all facts are True and Correct under Penalty

of PERJURY. Dated: _Nov. 1, 2021_

                    Mike Vigil _Mike Vigil_

**MIDAS**

International Corp Beyoun Cross State lines
Reco Act 1970 Midas
Shops Fed.Laws Disabled
Elder Veteran Criminally
Abused Must Prove 2 Felonies
Midas Auto Service and Tires

2797 E Tropicana Ave
Las Vegas, NV 89121
702-456-4191

Americans W/ Disabilities Act 1970
U.S. Congress

**Invoice #0056154**

12/10/2020
3:09 pm

VIGIL, MIKE
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120-
Phone 1:(702) 435-6768

Your Service Writer Today Is: HAILEY

1982 PONTIAC FIREBIRD
V8-305 5.0L
VIN : 1G2AS8727CL569309
Mileage: 1        **13 of 22**
Trans :
License : CVEH331X

Crossed
State Lines
InternationalCorp. Midas Shop
Agents Retraining State & Federal Laws,1
PLTF Disabled American Veteran /.Elderly Preyed-
CRIMALILY abused
Center: REGULAR SALE    TORTURED

| Technician | Service Description | | Parts | Labor | Job Total |
|---|---|---|---|---|---|
| Midas International Corporation issues written limited lifetime warranties on certain mufflers, shock absorbers, strut assemblies, strut cartridges, brake shoes and pads.* All other products and services are warranted from defect for ninety (90) days from the date of installation. The complete written limited warranty terms are stated on the Midas Limited Warranty Terms Document issued to you, together with this invoice, upon the purchase of the appropriate warranted product. The terms of all the warranties are also in the Midas Warranty Binder on display in each Midas location. There are no other warranties issued by Midas International Corporation. This warranty gives you specific legal rights. You may also have other rights which vary from State to State/jurisdiction to jurisdiction. Warranty work will be performed at any Midas location in the USA or Canada offering the warranted product or service. To locate a Midas location, please call: 1-800-621-8545; visit our website at www.midas.com; or contact Midas International Corporation, Customer Relations, 4300 TBC Way, Palm Beach Gardens, Florida 33410. *This is a summary of the Midas Limited Warranty Terms. For complete warranty terms, including the applicable limitations, exclusions, and restrictions, please consult the Midas Limited Warranty Terms Document issued to you or the Midas Warranty Binder on display in each Midas location. I hereby authorize you and/or your agents to contact me regarding the products and services, including any recall information, provided at Midas. | | TOTAL PARTS | | $0.00 |
| | | | TOTAL LABOR No Tech | | $300.00 |
| | | | SUBLET    Labor Proven | | $0.00 |
| | | | Shop Supply: | | $0.00 |
| | | | SUBTOTAL | | $300.00 |
| | | | OTHER FEES | | $0.00 |
| | | | SALES TAX | | $0.00 |
| | | | **INVOICE TOTAL** | | **$300.00** |
| | | | PAID | | $300.00 |
| | | | DUE | | $0.00 |

Customer Signature: *Mike Vigil*          Date: Dec 10, 2020

Clark County Whitney Libary 5175 E. Tropicana ,Las Vegas NV.702-7349323
Pltf. had to get Print Out Customer Bill of Rights Automotive REPAIRS.
Defts. Did Not Display the Following Provisions on Office Bussiness WALL

# EXHIBIT "C"  Automotive Repairs    Required PENALTIES

**NRS 487.6871** Display of sign by garage operator and body shop required; penalty.
1. Each garage operator shall display conspicuously in those areas of his or her place of business frequented by persons seeking repairs on motor vehicles a sign, not less than 22 inches by 28 inches in size, setting forth in boldface letters the following:

STATE OF NEVADA      REGISTERED GARAGE

THIS GARAGE IS REGISTERED WITH THE DEPARTMENT OF MOTOR VEHICLES

NEVADA AUTOMOTIVE REPAIR CUSTOMER BILL OF RIGHTS AS A CUSTOMER IN NEVADA:

**YOU** have the right to receive repairs from a business that is _**REGISTERED**_ with the Department of Motor Vehicles that will ensure the proper repair of your vehicle. (NRS 487.6871)

**YOU** have the right to receive a _**WRITTEN ESTIMATE**_ of charges for repairs made to your vehicle which exceed $50. (NRS 487.6875)

**YOU** have the right to read and understand all documents and warranties _**BEFORE YOU SIGN THEM**_. (NRS 487.6871)

**YOU** have the right to _**INSPECT ALL REPLACED PARTS**_ and accessories that are covered by a warranty and for which a charge is made. (NRS 487.6883)

**YOU** have the right to request that all replaced parts and accessories that are not covered by a warranty _**BE RETURNED TO YOU AT THE TIME OF SERVICE**_. (NRS 487.6883)

**YOU** have the right to require authorization _**BEFORE**_ any additional repairs are made to your vehicle if the charges for those repairs exceed 20% of the original estimate or $100, whichever is less. (NRS 487.6877)

**YOU** have the right to receive a _**COMPLETED STATEMENT OF CHARGES**_ for repairs made to your vehicle. (NRS 487.6893)    FOR MORE INFORMATION PLEASE CONTACT:    THE DEPARTMENT OF MOTOR VEHICLES

Thank you for your business!                    Page 2 of 2

## III.

## LEGAL ANALYSIS

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

### ACTS OF CONGRESS 1331

Demand: Plaintiff    BENCH TRIAL

Nature of Suit: 446 Civil Rights: Americans
with Disabilities - Other

Jurisdiction: U.S. ACTS OF CONGRESS 1331

**Library of Congress** . Perpetration.
a crime either with his own hands,
or instrument written document;
terminating a right.

DISCRIMINATION FILED
COMPLAINT FED.
Skin Color Race, Age 75
Disabled V.A.,Religion.
Coupled W/ HateCrime U.S
Codes 18 & 249. ATTEMPTS
TO CAUSE BODILY HARM
Preparation short of
Execution. WEAPON OR
FACILITIES- Operation,
transaction, or course
of Conduct. May Include
animate Beings Such as
Persons, People and
groups thereof, Cheny V.
Tolliver,234 Ark. 973,
356 S.W. 2d 636,638.
Plaintiff will Prove.

**Seventh Amendment.** In suits at common law, where
the value in controversy shall exceed twenty dollars,
the right of trial by jury shall be preserved, and no
fact tried by a jury, shall be otherwise reexamined in
any Court of the United States, than according to the
rules of the common law. This constitutional right of
trial by jury is preserved by Fed.R.Civil P. 38. See
also Trial (Trial by jury).

Invoice Dated 12/10/2021 Please revisit
page 9 STANDARD OF REVIEW III Defts.
Admitted in their own words Pltf. in
Their presents became confused and
Disoriented with Defts. threats and
finger Pointing to seat Audio / Video
above directly Pltf.'s Seat. Pltf. was
Held PRISONER. Defts. Keep REPEATING.
Yelling." Your Not going any Place Mike
the Manager Knows Your here." Pltf. was
Held PRISONER 11:am thru 12:30 P.M.PLTF
stood up to strech legs saw a Roll of
Duck tape Grey on table Back Room Used
Normally to restrain disorderly on
airlines Passengers. Pltf. in FEAR for
His Life decided to make a Run for the
EXIT Office door as fast as His 2 legs
can carry a 75 year old Man  Haily Keep
YELLING. " Your Not going any Place
You come back Here Repeatingly." Pltf.
did Not look back just Kept RUNNING.
Defts. Kept Yelling" Come Back Here
You F--king Mexican.". HATE SPEECH IS
10 yrs. in Jail   FEDERAL LAW.
HATE CRIMES Codes U.S. 18 & 249

JURY TRIAL DEMAND
U.S.Constituion 7th
Amend. F.R.C.P. 38 (b)
Filed on Complaint

No ceiling PUNITIVE DAMAGES
U.S.Code/Text/42/198/a

DEMAND JURY TRIAL
MANDATORY STATUTE

7 th Amend. U.S. CONSTI.
FED. R. CIVIL P,48
( 6 Member Final Decision )
Stipulation Of Attorneys

Selection of All

Veterans ( 6 )

# EXHIBIT "G"

To Day is 12-10-2020 Time 12:31 pM
Letter To whom it May Concern
My Name is Mike Vigil and I'am
the Resident oF This Apartment
3440 Topaz ST Apt 34. My Age
is 75 and I Just returned
From a Horrifying and
Terroizeing Experience
Held againist My Will as a
Prisoner Address 2797 E.
Tropicana Ave. Las Vegas Midas
Shop. Midas shop has a deposit
Cash in an Evelope $ 2,000
I offered To work on My
Uheicle 82 Class. Pontiac. Midas
ReFused To do the Work But
Still wants To keep the Money.
I will Return To the shop at 1PM
In the event of My Disappearance
This shope is the Last Place before I Expire
Date 12-10-2020        Mike Vigil



Envelope

EXHIBIT "j"

Pltf.'s REQUEST Install New
Transmission, New Emmission Hoses',
Ad just Carburetor, Reset Timing
"White Chevy Nov 25, 2020"

Nov. 25, 2020, ...

"j" Manager Mike's

Manager Mike's Handwritting
Title Manager planed to
have this Title in
his name inthe Future

Owner's Daughter Dated Intinials NJ 25.20
and Dated

Mangers Mike
Hand Writting
Rec. $ 2,000

$2000 CASH

Ace Tow NJ
Nd 25/ 1900

**CACI 200   Obligation to Prove—More Likely True Than Not True**

[1]  Instruction

Fed. Rule Civil P. 51
PLTF's Suggested Jury
Instruction

A party must persuade you, by the evidence presented in court, that what he or she is required to prove is more likely to be true than not true. This is referred to as "the burden of proof."

After weighing all of the evidence, if you cannot decide that something is more likely to be true than not true, you must conclude that the party did not prove it. You should consider all the evidence, no matter which party produced the evidence.

In criminal trials, the prosecution must prove that the defendant is guilty beyond a reasonable doubt. But in civil trials, such as this one, the party who is required to prove something need prove only that it is more likely to be true than not true.

Elements of a cause of action for "fraud" include false representation of a present or past fact made by defendant, action in reliance thereupon by plaintiff, and damage resulting to plaintiff from such misrepresentation.   Citizens Standard Life Ins. Co. v. Gilley, Tex.Civ.App., 521 S.W.2d 354, 356.

No ceiling PUNITIVE DAMAGES U.S.Code/Text/42/198/a

*Exemplary or punitive damages.*  Exemplary damages are damages on an increased scale, awarded to the plaintiff over and above what will barely compensate him for his property loss, where the wrong done to him was aggravated by circumstances of violence, oppression, malice, fraud, or wanton and wicked conduct on the part of the defendant, and are intended to solace the plaintiff for mental anguish, laceration of his feelings, shame, degradation, or other aggravations of the original wrong, or else to punish the defendant for his evil behavior or to make an example of him, for which reason they are also called "punitive" or "punitory" damages or "vindictive" damages. Unlike compensatory or actual damages, punitive or exemplary damages are based upon an entirely different public policy consideration—that of punishing the defendant or of setting an example for similar wrongdoers, as above noted.  In cases in which it is proved that a defendant has acted willfully, maliciously, or fraudulently, a plaintiff may be awarded exemplary damages in addition to compensatory or actual damages.  Damages other than compensatory damages which may be awarded against person to punish him for outrageous conduct.  Wetherbee v. United Ins. Co. of America, 18 C.A.3d 266, 95 Cal.Rptr. 678, 680.

# *punitive damages.*

American W/ Disabilities Act 1990 Rated Disabled Veterans Administrations October 15,2014 has the SAME RIGHTS Reguardles of skin color and Age 76 Senor Citizen.

### Public authority.

Opinion of the Justices, 334 Mass. 721, 136 N.E.2d 223, 235.

**Publication.** To make public; to make known to people in general; to bring before public; to exhibit, display, disclose or reveal.  Tiffany Productions v. Dewing, D.C.Md., 50 F.2d 911, 914.  The act of publishing

## Steven Perlberg, Gawker Begins Appeal of $140 Million Hulk Hogan Verdict dict-1459889289), *Wall Street Journal* (April 5, 2016).

## Wrestler claims even his character was embarrassed by sex tape"

edge or notice.  See also Notice; Proclamation; Publish.

Trial Judge Pamala A.M. Cambell Agreed W/$ 140 Million  AWARD GENERAL KNOWLEDGE from the East Coast thru the West Coast the JURY Award $ 140 Million was UP HELD by the Federal District APPELLATE COURT.  Invasion Of Privacy ( a Misdemeanor  ONE ONLY

Real Name Terry Gene Bollea Claims EMBARRASSMENT ONLY NO Theft of Finances, NO therapist Report, NO other Witness Suport Terry Gene Bollea was unaware he was been filmed  Invasion of Privatecy one Misdemeanor

Another case Cited O.J. Simpson Football Star sports Celebrity  Las Angeles California Granted an all Black Jury only to be Aquitted on a Double Homicide.  In a Civil Action  Wrongfull Deaths was Prevailed by the Defendants Family.   Sport Celebrities are Always been Treated GODLY in the Court System.

Revisit EXHIBIT "A"  Plaintiff was Rated disabled by the Veterans Administration for Pltf's Pension and over Seas in 1969-70-71 with Pltf's life in the Balance of Death Saved the lives of six FellowSoldiers Receivied on Record OUTSTANDING SERVICE AND LOYALITY to the United States of America.All MEN are Created Equal.    PUNITIVE DAMAGES HateCrimes U.S.C.18/249

5 Felonies Disclsure Pre-trial Order 26 a.(s) Support $ 200 Million PLTF.

REVISIT EXHIBIT A                              19 of 22

# EXHIBIT "A"  PLAINTIFF- Mike Vigil is a Natural Born

Citizen <u>Over Seas Saved the Lives of 6 fellow Soldiers</u> 1969-70-<u>71</u>

<u>Outstanding Military Service</u> Certficate <u>Armed Forces</u>

January 6,2021 Thousands of

People Rushed the U.S. Congress Domistic Terrorists were Told

and Arrested they will have their <u>Hearing</u> or <u>trial</u> in Open Court.

Thousand upon thousands <u>cross</u> the United States Border <u>Illegally</u>

<u>Await Open Court Hearings.</u>

*Default judgment.* A judgment rendered in consequence of the non-appearance of the defendant. Fed. R.Civil P. 55(a). One entered upon the failure of a party to appear or plead at the appointed time. The term is also applied to judgments entered under statutes or rules of court, for want of affidavit of defense, plea, answer, and the like, or for failure to take some required step in the cause.

Citation; Citation of authorities.

**Rule 4. Summons** CONSTITUTION

(a) Contents; Amendments.

Will, v. An auxiliary verb commonly having the mandatory sense of "shall" or "must." It is a word of certainty, while the word "may" is one of speculation and uncertainty. U.S.Congress Libary

   (1) Contents. A summons must:

     (D) state the time within which the defendant must appear and defend;

     (E) notify the defendant that a failure to appear and defend will result in a default judgment against the defendant for the relief demanded in the complaint;

     (F) be signed by the clerk; and

     (G) bear the court's seal.

Cite. To summon; to command the presence of a person; to notify a person of legal proceedings against him and require his appearance thereto. To read or refer to legal authorities, in an argument to a court or elsewhere, in support of propositions of law sought to be established. To name in citation.

**Direct evidence.** Evidence in form of testimony from a witness who actually saw, heard or touched the subject of interrogation. State v. Baker, 249 Or. 549, 438 P.2d 978, 980. Evidence, which if believed, proves existence of fact in issue without inference or presumption. State v. McClure, Mo.App., 504 S.W.2d

Best evidence rule. The "best evidence rule" prohibits the introduction into evidence of secondary evidence unless it is shown that original document has been lost or destroyed or is beyond jurisdiction of court without fault of the offering party. If original document is lost, then secondary evidence is properly admissible. State v. Stephens, Mo.App., 556 S.W.2d 722, 723. Fed.R.Evid. 1002;

## CONCLUSION

In conclusion Plaintiff In Pro se Respectfully Request that the Court Reconize Plaintiff's Request a  Bench TRIAL  Waiver of Jury Trial.  FINAL JUDGMENT. Waive Jury.

Dated *November 15, 2021* Pltf. Mike Vigil  *Mike Vigil*

DECLARATION OF PLAINTIFF     **21 of 22**

MIKE VIGIL

Myname is Mike Vigil and I am the sole Plaintiff

in this Action filed.    My Residence is 4990 S. Topaz

Las Vegas Navada. 89120   PH. 702- 435-6766   I am over

the age of 18 and Competent to testify in OPEN COURT AND

JURY TRIAL Federal Court To All Papers ,Exhibits submitted

to the Court including Expert Witness pursuant to Rule 702

Mechanical Training Automotive  Repairs Delta College

and Experience.

I, Mike  Vigil Declare under   Penality of Purjury all Facts

are true and Correct.

Dated *November 15, 2021*          Pltf. Mike Vigil *Mike Vigil*

Disabled American Veteran

CERTIFICATE OF SERVICE

   pursuant to FRCP Rule 5(b) I certify my name is

is  Frank Onorado and I reside at 4990 So Topaz Apt 33,

las Vegas ,Nevada  89120  and on this Date_____

I served a true and  Correct Copy  Complaint Filed In

Federal Court No.              Las Vegas , Nevada

Postage First Class Prepaid  thereon to the Following

   For Plaintiff Mike Vigil
Defendants  Addresses.

   Defendants

   Ocean Automotive LLC
   Owners Midas Muffler  7202
   2797 E. Topicana  Ave.
   Las Vegas , Nevada  89121


   Midas Intentional Corps
   Customer Relations
   4300  TBC Way
   Palm Beach Gardens,  Florida  33410

   U.S Department Of Justice    Not A Party Court Instruction
   950 Pennsylvania Ave. N.W. , Washington D.C. 20530- 0001

I, Declare Under the Penality Of Purjury all facts are

True and Correct.

Dated:_____     _____
                           Frank Onorado    - Sender

Best Evidence Fed. R. 1002

# EXHIBIT "A"

3 Pages



**Department Of Veterans Affairs**
660 Foothill Drive
PO Box 581900
Salt Lake City, UT 84158-1900

1 of 3

October 15, 2014

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS NV 89120

In Reply Refer To: 341/NCC/NCF
C 26 958 347
VIGIL M

Dear Michael Vigil,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

**Personal Claim Information**
Your VA claim number is: 26 958 347
You are the Veteran.

**Military Information**
The character(s) of discharge and service date(s) of the veteran include:
Honorable, Army, 05/21/1969-06/11/1971
(There may be additional periods of service not listed above)



VIGIL,MICHAEL

DATED:

_____

Respectfully Submitted,

Michael vigil-

**Outstanding** = Distinguished Separated from Others by Superior or Extraordinary in Service.



FOR HONORABLE SERVICE IN THE
UNITED STATES ARMED FORCES

AND FOR OUTSTANDING SERVICE AND LOYALTY
TO THE UNITED STATES OF AMERICA

THIS CERTIFIES THAT

# MICHAEL VIGIL

HAS MET THE STRICT REQUIREMENTS
SET FORTH BY THE
CONGRESS OF THE UNITED STATES
FOR MEMBERSHIP IN THE AMERICAN LEGION.

July 4 2007

NATIONAL ADJUTANT

Michael Vigil
Disabled American Veteran



# EXHIBIT 'B'

2 Pages

1 of 2

# EXHIBIT "B"

Present Transmission 16 Years OLD  Installed In Classic
AUTO REPAIR ORDER, Firebird  12/3/2004



Willie Salgado
1211 S. Wilson Way
Stockton Ca. 95206
(271-3258)

**AUTO REPAIR ORDER**

Pontiac  GT38970

| QUAN. | PART NO | NAME OF PART | PRICE |
|---|---|---|---|
| 1 | Rebuild | TH350 | |
| | Transmission with | | |
| | Torque converter | | |
| | oil change and | | |
| | parts installed | | |
| | Flywheel | | |
| | Passing cable | | |
| | torque mount | | |

MECHANICS RECOMMENDATIONS

TOTAL PARTS

ESTIMATE AMOUNT FOR PARTS REPAIR

| | | |
|---|---|---|
| GAS, OIL & GREASE | | |
| QTS. OIL | | |
| LBS. GREASE | | |
| GALS. GAS | | |
| TOTAL GAS | | |
| OIL | | |
| GREASE | | |
| RECLAIM PARTS | | |
| DESTROY PARTS | | |
| TOTAL | | |

CUSTOMER'S INFORMATION

McNees Motor Sport Division
Stockton Ca. 95207
PHONE 956-0427
WRITTEN BY

ASAP

CUSTOMER'S ORDER NO.

GAS, OIL & GREASE    ACCESSORIES    LABOR ONLY

PARTS
ACCESSORIES
GAS, OIL & GREASE
MISC. MERCHANDISE
SUBLET REPAIRS
TAX
TOTAL  1000.00

Rebuild Automatic Transmission
with Torque converter

1 year / unlimited mile
warranty on parts and labor

**AUTO REPAIR ORDER**

2 of 2

1.   Manager Mike and the Owner wanted to do Unnessary

2   Work to the Classic Firebird on the Premises take 6 Months to 12

3   Months give the Plaintif a Bill $ 15,000  $20,000 $30,000 out of

4   reach for Pltf. to Pay then Manager Mike and the Owner would Place

5   a LIEN ON THE VEHICLE AND TAKE POSESSION.

6   In Mid 2020 on the Auction Block a 1968 Pontiac GTO Sold

7   For $ 80,000 , later that year a 1979 Pontiac sold for $70,000

8   BELOW   PLAINTIFF'S  1982 PONTIAC FIREBIRD



EXHIBIT B

15   If the Defendants would  Succeeded in their Auto theft COERCION

16   the Disabled / Elderly Pltf. to exclud the Written Estimate by

17   Bureau of Automotive Repair ( 487.6875.) and ( NRS 4876883 )

18   Right to Inspect all Parts. Customer Right to Require authorization

19   Before any additional Repairs ( NRS.487.6877 )   5. Any person who

20   VIOLATES the provisions of this section is guilty of a Misdemeanor

21   ( Added to NRS by 2009,2528, 2699; A 2013.1978 )   DMV Nevada

22   Complaint  EC form EC20 Pltf. will file W/ Civil Complaint to DMV

23   If the Defendants would have succeeded with the Above

24   violations the Shop would have PROFITED $50,000, $60,000, $70,000

25   $ 80,000 for Shop.

26   Photo of Vehicle 1982 Firebird Classic recently installed

27   A New Engine Long Block 1/ 2018.  Pltf has only Put 200 miles

28   The Covic SHUT DOWN prevented any further mileage the Quarintine

was explainted  Only Essentials Grocies, DR. Appointments, lasted

19 months. New Engine, New Carb, New Transmission EXHIBIT "H"

# EXHIBIT "C"

3 Pages

**Automotive Repairs**

**NRS 487.6871   Display of sign by garage operator and body shop required; penalty.**

1.   Each garage operator shall display conspicuously in those areas of his or her place of business frequented by persons seeking repairs on motor vehicles a sign, not less than 22 inches by 28 inches in size, setting forth in boldface letters the following:

STATE OF NEVADA

REGISTERED GARAGE

THIS GARAGE IS REGISTERED WITH THE DEPARTMENT OF MOTOR VEHICLES

NEVADA AUTOMOTIVE REPAIR CUSTOMER BILL OF RIGHTS AS A CUSTOMER IN NEVADA:

**YOU** have the right to receive repairs from a business that is ***REGISTERED*** with the Department of Motor Vehicles that will ensure the proper repair of your vehicle. (NRS 487.6871)

**YOU** have the right to receive a ***WRITTEN ESTIMATE*** of charges for repairs made to your vehicle which exceed $50. (NRS 487.6875)

**YOU** have the right to read and understand all documents and warranties ***BEFORE YOU SIGN THEM***. (NRS 487.6871)

**YOU** have the right to ***INSPECT ALL REPLACED PARTS*** and accessories that are covered by a warranty and for which a charge is made. (NRS 487.6883)

**YOU** have the right to request that all replaced parts and accessories that are not covered by a warranty ***BE RETURNED TO YOU AT THE TIME OF SERVICE***. (NRS 487.6883)

**YOU** have the right to require authorization ***BEFORE*** any additional repairs are made to your vehicle if the charges for those repairs exceed 20% of the original estimate or $100, whichever is less. (NRS 487.6877)

**YOU** have the right to receive a ***COMPLETED STATEMENT OF CHARGES*** for repairs made to your vehicle. (NRS 487.6893)

FOR MORE INFORMATION PLEASE CONTACT:

THE DEPARTMENT OF MOTOR VEHICLES

2.   Each body shop shall display conspicuously in those areas of its place of business frequented by persons seeking repairs on motor vehicles a sign, not less than 22 inches by 28 inches in size, setting forth in boldface letters the following:

STATE OF NEVADA

LICENSED BODY SHOP

THIS BODY SHOP IS LICENSED BY THE DEPARTMENT OF MOTOR VEHICLES

NEVADA AUTOMOTIVE REPAIR CUSTOMER BILL OF RIGHTS AS A CUSTOMER IN NEVADA:

**YOU** have the right to receive repairs from a business that is ***LICENSED*** with the Department of Motor Vehicles that will ensure the proper repair of your vehicle. (NRS 487.6871)

**YOU** have the right to receive a ***WRITTEN ESTIMATE*** of charges for repairs made to your vehicle which exceed $50 and, if any, the rate of and circumstances under which you will be charged more than $50 for the storage of your vehicle. (NRS 487.6875)

**YOU** have the right to read and understand all documents and warranties ***BEFORE YOU SIGN THEM***. (NRS 487.6871)

**YOU** have the right to ***INSPECT ALL REPLACED PARTS*** and accessories that are covered by a warranty and for which a charge is made. (NRS 487.6883)

**YOU** have the right to request that all replaced parts and accessories that are not covered by a warranty ***BE RETURNED TO YOU AT THE TIME OF SERVICE***. (NRS 487.6883)

**YOU** have the right to require authorization ***BEFORE*** any additional repairs are made to your vehicle if the charges for those repairs exceed 20% of the original estimate or $100, whichever is less. (NRS 487.6877)

**YOU** have the right to receive a ***COMPLETED STATEMENT OF CHARGES*** for repairs made to your vehicle and for storage of your vehicle, if applicable. (NRS 487.6893)

FOR MORE INFORMATION PLEASE CONTACT:                    2 of 3

THE DEPARTMENT OF MOTOR VEHICLES

   3.   The sign required pursuant to the provisions of subsection 1 or 2 must include a replica of the Great Seal of the State of Nevada. The Seal must be 2 inches in diameter and be centered on the face of the sign directly above the words "STATE OF NEVADA."
   4.   The sign required pursuant to the provisions of subsection 1 or 2 must also include the words "The Compliance Enforcement Division of the Department of Motor Vehicles can be reached at," followed by the Internet address of the Compliance Enforcement Division and the telephone number of the nearest office of the Compliance Enforcement Division.
   5.   Any person who violates the provisions of this section is guilty of a misdemeanor.
   (Added to NRS by 2009, 2528, 2699; A 2013, 1978)

**NRS 487.6875   Estimate of costs required for certain repairs.**

1.   Except as otherwise provided in NRS 487.6879, a person requesting or authorizing the repair of a motor vehicle that is more than $50 must be furnished a written estimate or statement signed by the person making the estimate or statement on behalf of the body shop or garage operator indicating the total charge for the performance of the work necessary to accomplish the repair, including the charge for labor and all parts and accessories necessary to perform the work.

2.   If the estimate is for the purpose of diagnosing a malfunction, the estimate must include the cost of:

(a) Diagnosis and disassembly; and

(b) Reassembly, if the person does not authorize the repair.

3.   In an estimate furnished pursuant to subsection 1, a body shop shall include, if any, the rate of and circumstances under which the person requesting or authorizing the repair would incur a charge for storage that exceeds $50.

4.   The provisions of this section do not require a body shop or garage operator to reassemble a motor vehicle if the body shop or garage operator determines that the reassembly of the motor vehicle would render the vehicle unsafe to operate.

(Added to NRS by 2009, 2530, 2701; A 2013, 1980)

**NRS 487.6877   Notice of additional charges over estimate required in certain cases.**   Except as otherwise provided in NRS 487.6879, if it is determined that additional charges are required to perform the repair authorized, and those additional charges exceed, by 20 percent or $100, whichever is less, the amount set forth in the estimate or statement required to be furnished pursuant to the provisions of NRS 487.6875, the body shop or garage operator shall notify the owner and insurer of the motor vehicle of the amount of those additional charges.

(Added to NRS by 2009, 2530, 2701)

**NRS 487.6879   Waiver of estimate of costs or notice of additional charges; execution of waiver.**   The person authorizing the repairs may waive the estimate or statement required pursuant to the provisions of NRS 487.6875 or the notification required by NRS 487.6877 by executing a written waiver of that requirement or notification. The waiver must be executed by the person authorizing the repairs at the time the person authorizes those repairs.

(Added to NRS by 2009, 2531, 2702)

# EXHIBIT "D"

4 Pages

Federal Codes

### Rule 702.   Testimony by Experts.

If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by <u>knowledge,</u> <u>skill,</u> <u>experience,</u> <u>training,</u> or <u>education,</u> may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case. [*Adopted Jan. 2, 1975, effective July 1, 1975; amended*

PERMANENT RECORD SAN JOAQUIN DELTA COLLEGE   STOCKTON, CALIFORNIA

# EXHIBIT "D"

VIGIL MICHAEL
1700 S EL DORADO
STOCKTON CA 95206

SSN
DOB 06 26 46

Colleges Attended

College Requirements Satisfied:
U.S. Const. History, Institutions
California Const. State, Local Gov't
English
Hygiene and First Aid
Physical Education

GRADUATED A.A. DEGREE

TRANSCRIPTS SENT

MEMORANDA

ACTIVITIES

Honorable Dismissal

Registrar

DATE:

NOT AN OFFICIAL TRANSCRIPT WITHOUT
SIGNATURE AND OFFICIAL COLLEGE SEAL

GRADING SYMBOLS INSTITUTED FALL 1980

Transfer credit accepted          Units
                                  Units
Credit for Mil. Service-Schools   Units

60 Units Req'd for Associate in Arts Degree
Length of Semester: 18 Weeks

| DEPARTMENT NAME & NO. | COURSE DESCRIPTION | GRADE CHANGED BY INSTRUCTOR | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE PTS SEMESTER | G.P. SEMESTER |

 **moveras**

Days   3 of· 4

Moveras, LLC
22 Northwestern Drive
Salem, NH 03079

Phone  : 603-894-1515
Fax   ...: 603-685-6883

**Ship to:**
Autozone # 2221
2445 E Tropicana
Las Vegas, NV 89121

**Bill to:**
Autozone
P.O. Box 2198
Memphis, TN 38101

# Packing slip

| | |
|---|---|
| Number  ................ : | 00205896_046 |
| Ship date  ............... : | 12/18/2020 |
| Page  .................... : | 1   of  1 |
| **Sales order** ............. : | **SO231485** |
| Purchase Order  ......... : | 91392611 |
| Your ref. ................ : | 1G2AS8727CL569309- N |
| Our ref. ................. : | SGallant |
| Mode of delivery  ....... : | GENCO |
| Terms of delivery ....... : | |
| Freighted by ............ : | Carrier |
| Port ..................... : | |
| Delivery Note ........... : | |
| RMA # ................... : | |

| Item number | Description | Ordered | Unit | Delivered | Remaining quantity |
|---|---|---|---|---|---|
| M00191P | THM350-Transmission Recomended | 1 | Pcs. | 1 | |
| A350003 | | | | | |
| 934988 | | | | | |
| Quantity : 1.00  Serial number : W152548 | | | | | |
| CoreCharge-TH350 | Charge for Non-Returned CoreTH350 | 1 | Pcs. | 1 | |



Received Date

AUTOZONE                    12/18/2020

VDP PO #020680  RECEIVE DATE 12/18/2020

MICHAEL VIGIL
(702) 435-6766

PAID IN FULL  ✓$1,800

000934968 M00191P TH350 AUTOMA


9099000000020680

Scan barcode at Z-net to confirm pick-up
Have customer sign device

Receipt: _____





# ☑ CHECKLIST

☐ The transmission is strapped into place and is not dislodged.
(If the transmission has become dislodged take pictures prior to removing the transmission from the pod)

☐ The torque converter is in place and not dislodged.
I performed a visual inspection of the complete transmission housing and case, paying special attention to the bell housing area.

☐ Inspect all electrical connections for broken connections or damaged wires.

☐ The transmission pan is not dented or damaged

☐ Inspect all linkage shafts for damaged threads, bent shafts or broken shafts.



Check all Electrical Connectors for cracks or breaks



Check for Broken or Cracked Housings

Check Linkage Shaft to ensure it is not bent or broken



Make sure the bracket is holding the torque converter in place

Check Bell Housing for Breaks or Cracks

**EXHIBIT E**

1 PAGE

On December 10,2020   11a.m. the Pltf.  appeared at Midas

1. Shop Located 2797 E. Tropicana Ave. Las Vegas Nevada Immediately

2 upon  Entering the Owner and Hailey employee the Defendants

3 Instructed  the Pltf. to take a Seat near the Back room," Your

4 NOT going any  WHERE  , the Manager Knows Your here and will be

5 Here soon You seat there and Stay there."    Pltf. was keep

6 there aganist pltf.'s will and the Owner and Hailey Blocking the

7 Path to the Exit Door into the Office a Video Camera  Above

8 that corner Should Capture,Capture all the finger pointing

9 at the Plaintiff Horrifying and Terrorizeing Experience.

10    Please Visit Diagram Below and Visit Exhibit  E  Pg. 1



Garage Automotive / Repair Area

Door to Garage    NO Hourly Rate Posted
                  NO Bureau Autotive Repair
                  NO Cunsumer Bill of Rights
                                  POSTED
                  NO $2000 Fee
                  Dianostic Posted
                  NRS 487.6883
                  NRS 487.6875

Exit Door                              Red
                                       Flag
          Pathway to Exit Blocked  Haily  Duck
                                       Tape
                             Owner       Table

Emty   Emty   Emty   Emty   Emty   Pltf

2797  E. Tropicana  Las Vegas NV.

21    Pltf. was Heid from 11 a.m. till 12:30 p.m. waiting for Mike

22 the Manager and the Envolope w/ the $ 2,000 Cash. EXHIBIT 'E'

23    Pltf. stood up to Strech and Saw a gray Roll of Duck

24 Tape NORMALLY used by Airlines in Flights to Tape Down DISORDERLY

25 Passengers and at 5 P.M. at this time of Year it will be Pitch

26 Dark outside the Shop.  Three Adults can Easily over Power a 75 yr

27 old Disable Veteran, Owner, Haily and Mike the Manager. The Pltf.

28 Made a Quick Running Dash toward the Exit door when Owner left to

the Garage Door work area, and Haily was behind the Counter,



**MIDAS**

**Midas Auto Service and Tires**

2797 E Tropicana Ave
Las Vegas, NV 89121
702-458-4191 Disabled Veteran

**II.  STANDARD OF REVIEW**                    1 of 2

Same Date 12/10/20 Pltf was Instruted to return 3:pm for full refund $2,000 in the Envelope, Mike had the Sum in his Personel Safe. At Home NO Intent to Return Funds

Invoice #0056154          12/10/2020
                          3:09 pm

EXHIBIT "F"

VIGIL, MIKE
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120-
Phone 1:(702) 435-6766

1982 PONTIAC FIREBIRD
V8-305  5.0L
VIN : 1G2AS8727CL569309
Mileage :
Trans :
License : CVEH331X

Scott S,Harris Clerk 202-479-30 11. U.S Supreme Court Stated." You can use Open Space to Type in to a Legal Point DO NOT OVER LAP OTHER PRINT.

Your Service Writer Today Is: HAILEY     Center: REGULAR SALE

Theft of Finances from the Elderly / Disable Class B Felony
Service Requests: Defts. Intent Criminal FRAUD

| Category Summary | Parts | Labor | Job Total |
|---|---|---|---|
| ENGINE SERVICE | $0.00 | $300.00 | $300.00 |

car towed in. will not start. customer was advised the car would require an ACE certified specialist to properly diagnose and repair vehicle due to the age of the vehicle.labor rate at $125 per hour. NO Specalist customer agreed up to $2000 dollars in necessary diagnostic and up to $5000 in repairs to get vehicle running. customer left $2000 in cash along with title. customer returned next day to get title back. ASE Master Tech came in on 2 Sundays during closed hours, this was the only time the ASE Master Tech was available. After 4 hours of labor, the Master Tech was able to get the car to run for 20 minutes. Customer returned on several occasions to the shop acting confused and disoriented which concerned the staff. Customer kept showing his VA Card. and saying "I have great credit". Defts. wanted $10,000 Card Limit Navy Federal from Pltf. in Order Customer returned and requested that we not go any further into a diagnostic or repair on this vehicle.Vehicle was towed into the Defts. premeis. Charge should be $500, customers friend came to the shop (regular customer). Ask friend to help the gentleman. 12/10/2020 retuned $1700 dollars to gentleman today in Cash from the $2000 dollar deposit he gave us. kept $300 for diagnostics owed to us. giving the gentleman a $200 dollar savings.

Pltf NEVER Agreed to Sign Date Work Order Such Document Exceed $50.00 W/o (NRS 487.6875 Signature-Date-time Stamp-Work Order Pltf. Never signed such agreement

Provision Violation( NRS 487.6875 )

Master Tech NO Signature-NO Date-NO time Stamp-ON-Document Work order
Provision Violation (487.6875 )

Closed
Sundays

Pltf. lives less than a block away

Master Tech Work Repair Order NO Signature -Date- Stamp Time
Line 15  Provision Violation ( NRS 487.6875 )
for PLTF to be Released and Classic Car to be returned to HIM
Defts. Refused to Install New Transmission From Auto Zone and New Hoses EMMISSINS.

As Pltf. Requested Work November 25,2020 11:am.
VISIT EXHIBIT F 2 PAGE

Pltf. Never Requested Dianose
Pltf . Only Requested Work to be
Visit Exhibit

| Technician | Service Description | Parts | Labor | Job Total |
|---|---|---|---|---|
| 001 | Diagnostic | | 300.00 | 300.00 |

DISTRUSTFUL-VERY SUSPICOUS TO Examine a Classic Pltf.'s Vehicle on (2) Sundays
Defts do Not Claim any Dated,time,Notes Elements of Theft Ring. OFFICE
Payments: CLOSED NO Other people PRESENT, Midas Corporation across State lines
Cash, $300.00, on 12/10/20  Rico Statute 1970 RACKETEERING.

Vehicle Inspection Results
NO                                    Repair Work Never Done

Repair Order Notes
NO                                    Repair Work Never Done

First Document Pltf. signed to give Defts. PERMISSION TO Inspect car No fees On Ducument. this Document copy Denied to PLTF. 11/24/2020 Document Date November was Destroyed by Defts. Replaced W/12/10/2020

Best Evidence Rule Fed. R. Evid. 1002, Document is Intentionally Lost or DESTROYED then secondary evidence,evidence is Properly admissable. First Document Destroyed Date November 24,2020.

Thank you for your business!



Envelope

# EXHIBIT "J"

Pltf.'s REQUEST Install New
Transmission, New Emmission Hoses',
Ad just Carburetor, Reset Timing

"T's" Manager Mike's

Manager Mike's Handwritting
Title|Manager planed to
have this Title in
his name inthe future

Owner's Daughter Dated Intinals Nu 25-20
and Dated

Mangers Mike
Hand Writting
Rec. $ 2,000

$2000 CASH

EXHIBIT "G"

2 Pages

To Day is 12-10-2020 Time 12:31 pM
Letter To whom it May Concern
My Name is Mike Vigil and I'am
the Resident of This Apartment
3440 Topaz ST Apt 34. My Age
is 75 and I Just returned
From a Horrifying and
Terroizeing Experience
Held againist My Will as a
Prisoner Address 2797 E.
Tropicana Ave. Las Vegas Midas
Shop. Midas shop has a deposit
Cash in an Evelope $ 2,000
I offered To work on My
Vheicle 82 Class. Pontiac. Midas
ReFused To do the Work But
Still wants To Keep the Money.
I will Return To the shop at 1PM
In the event of My Disappearance
this shope is the Last Place before I Expire
Date 12-10-2020                    Mike Vigil



EXHIBIT "G"

**Midas Auto Service and Tires**

2797 E Tropicana Ave
Las Vegas, NV 89121
702-458-4191

| Invoice #0056154 | 12/10/2020 3:09 pm | 1982 PONTIAC FIREBIRD |
| --- | --- | --- |
| | | V8-305 5.0L |
| | | VIN : 1G2AS8727CL569309 |
| VIGIL, MIKE | | Mileage : 1 |
| 4990 TOPAZ ST APT 34 | | Trans : |
| LAS VEGAS, NV 89120- | | License : CVEH331X |
| Phone 1:(702) 435-6766 | | |

2 of 2

Your Service Writer Today is: HAILEY     Center: REGULAR SALE

| Technician | Service Description |
| --- | --- |

Midas International Corporation issues written limited lifetime warranties on certain mufflers, shock absorbers, strut assemblies, strut cartridges, brake shoes and pads.* All other products and services are warranted from defect for ninety (90) days from the date of installation. The complete written limited warranty terms are stated on the Midas Limited Warranty Terms Document issued to you, together with this invoice, upon the purchase of the appropriate warranted product. The terms of all the warranties are also in the Midas Warranty Binder on display in each Midas location. There are no other warranties issued by Midas International Corporation. This warranty gives you specific legal rights. You may also have other rights which vary from State to State/jurisdiction to jurisdiction. Warranty work will be performed at any Midas location in the USA or Canada offering the warranted product or service. To locate a Midas location, please call: 1-800-621-8545; visit our website at www.midas.com; or contact Midas International Corporation, Customer Relations, 4300 TBC Way, Palm Beach Gardens, Florida 33410. *This is a summary of the Midas Limited Warranty Terms. For complete warranty terms, including the applicable limitations, exclusions, and restrictions, please consult the Midas Limited Warranty Terms Document issued to you or the Midas Warranty Binder on display in each Midas location. I hereby authorize you and/or your agents to contact me regarding the products and services, including any recall information, provided at Midas.

Customer Signature: *Mike Vigil*                Date: *Dec 10, 2020*

| | Parts | Labor | Job Total |
| --- | --- | --- | --- |
| TOTAL PARTS | | | $0.00 |
| TOTAL LABOR | | | $300.00 |
| SUBLET | | | $0.00 |
| Shop Supply: | | | $0.00 |
| SUBTOTAL | | | $300.00 |
| OTHER FEES | | | $0.00 |
| SALES TAX | | | $0.00 |
| **INVOICE TOTAL** | | | **$300.00** |
| PAID | | | $300.00 |
| DUE | | | $0.00 |

OPEN SPACE BELOW DOES NOT OVER LAP OTHER PRINT ON DOCUMENT

Defts. Claim Pltf. was Confused and Disoriented in their Presents
when Pltf's signature was obtained 12/10/2020 Violation (NRS 487.6871 )
Bill of Rights Pltf was denied the Right to read Contents while
Pltf. was Confused and Disoriented 12/10/2020 Please revisit pg.1 line 14
Invoice Dated 12/10/2020   PENALTY Any Person who vilates this Provisions
is Guilty of a Misdemeanor.

      Further Pltf. claims in their PRESENTS & still in fear for
his Life because of an earlier Horifying Experience 11:am thru 12 30 P.M.
12/10/2020

Defts. Attorney will attempt to discredit Pltf.'s  Testomony
Pltf. was never there between those Hours Held aganst pltf.'s Will  PRISONER
Defts. office between 11:am and 12:P.M. had only one Walk-In
Customer a Young Black ked that attended NLV college and He left
his Car keys and  Vehicle for Repairs. on 12/10/2020 about
12: noon or about.   Check Computer Office Date and time

I, Mike vigil Declare all facts are True and Correct under Penalty
of PERJURY. Dated: Nov. 1, 2021

                          Mike Vigil *Mike Vigil*



 **AutoZone®** 1 of 2

2445 E TROPICANA
LAS VEGAS, NV  89121
702 458-3564

EXHIBIT"H"

| Customer Information | Order Information |
|---|---|
| E M AUTO REPAIR MOBILE<br>5170 Martingale Ave<br>Las Vegas, NV    89119-<br>PHONE......702 772-3021<br>PO NUMBER.. | INVOICE NUMBER..2221563712<br>COMM SPECIALIST.Unknown<br>ORDER DATE......5/30/2017  9:32a<br>QUOTE DELIVERY..<br>MANAGER SIGNATURE._____ |

Items

| Qty | Sku | Description | Sugg.<br>List | Cost | Core | Amount |
|---|---|---|---|---|---|---|
| 1 | 890863 | DC04 CHEV 305 ENGINE<br>ATK Engine | 2226.80 | 1011.11 | 260.00 | 1271.11 |

**The Above Items Belong To 1979 Chevrolet Camaro**

Installed General Motors 1982 Firebird
VIN 1G2AS8727CL569309

Engine Serial NO.2447555
        DC 04

MSDS can be ordered upon request

---

**SIGNATURE NOT AVAILABLE**

2221563712053017S



| Payment | Apprv | Amount |
|---|---|---|
| CASH | | 1375.98 |

| | |
|---|---|
| Subtotal | 1271.11 |
| Tax | 104.87 |
| Total | 1375.98 |
| Cash | 1400.00 |
| Change | 24.02 |
| AZC Savings | -106.88 |

**2 of 2**

1.     Manager Mike and the Owner wanted to do Unnessary

2. Work to the Classic Firebird on the Premises take 6 Months to 12

3. Months give the Plaintif a Bill $ 15,000  $20,000 $30,000 out of

4. reach for Pltf. to Pay then Manager Mike and the Owner would <u>Place</u>

5. a <u>LIEN ON THE VEHICLE AND TAKE POSESSION</u>.

6.     In Mid 2020 on the Auction Block a 1968 Pontiac GTO Sold

7. For $ 80,000 , later that year a 1979 Pontiac sold for $70,000

8.     <u>BELOW</u>   <u>PLAINTIFF'S   1982 PONTIAC FIREBIRD</u>



# EXHIBIT B

15.     If the Defendants would  Succeeded in their Auto theft COERCION

16. the Disabled / Elderly Pltf. to exclud the <u>Written Estimate</u> by

17. <u>Bureau of Automotive Repair</u> ( 487.6875.) and ( NRS 4876883 )

18. <u>Right to Inspect all Parts</u>. Customer Right to Require  authorization

19. Before any additional Repairs ( NRS.487.6877 )   5. Any <u>person</u> who

20. <u>VIOLATES</u> the <u>provisions</u> of this section is <u>guilty</u> of a Misdemeanor

21. ( Added to NRS by 2009,2528, 2699; A 2013.1978 )  <u>DMV</u> <u>Nevada</u>

22. <u>Complaint</u> .EC <u>form EC20</u> Pltf. will file W/ Civil Complaint to DMV

23.     If the Defendants would have succeeded with the Above

24. <u>violations</u> the Shop would have <u>PROFITED</u> $50,000, $60,000, $70,000

25. $ 80,000 for Shop.

26.     <u>Photo</u> of Vehicle <u>1982 Firebird Classic</u> recently installed

27. A New Engine Long Block 1/2018  Pltf has only Put 200 miles

28. The <u>Covic SHUT DOWN</u> prevented any further mileage the <u>Quarintine</u>

29. was explainted  <u>Only Essentials Grocies</u>, <u>DR. Appointments</u>, lasted

30. <u>19 months</u>. New Engine, New Carb, New Transmission **EXHIBIT 'H'**

NEW  ENGINE

# EXHIBIT "I"

1 Page

Envelope

16 of 22

Pltf.'s REQUEST Install New
Transmission, New Emmission Hoses',
Ad just Carburetor, Reset Timing
Mike Wright Mar. 25.2020

Nov. 25, 20...
11 ...

Mangers Mike
Hand Writting
Rec. $ 2,000

$2000 CASH

Owner's Daughter Dated Intinals N 25 20
and Dated

Ace Towing M2
√ 25, 1900

# EXHIBIT "I"

"T's" Manager Mike's

Title

Manager Mike's Handwritting
Manager planed to
Title Title in
have this Title in
his name in the Future